**E-FILED**
Friday, 23 December, 2016  12:23:24 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Rafael Kennedy )
_____ )
Plaintiff )
)
vs. ) Case No. _____
)
SGT. Garrett / LT. Haubrich )
Narse K. Kuler / C/o Barnett, )
C/o Zoller / 2 C/o John Doe )
_____ )
Defendant(s) )

SCANNED at PCC and E-Mailed
12.23.16 (date) by ~~AP~~ (initials)
~~2~~ ~~21~~ (# of pages)

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, ___Rafael Kennedy___, and states as follows:

My current address is: ___P.O Box 99 Pontiac, IL 61764___

The defendant ___Garrett___, is employed as ___Sargeant___ ___Western C.C.___ at ___Mt. Sterling, Illinois___

The defendant ___Haubrich___, is employed as ___Luietenant___ ___Western C.C.___ at ___Mt. Sterling, Illinois___

The defendant __K. Kaler__, is employed as __RN__
__Western C.C.__ at __Mt. Sterling, Illinois__

The defendant __Barnett__, is employed as __Correctional Officer__
__Western C.C.__ at _____

(revised 9/96)

The defendant __Holler__, is employed as __Correctional Officer__
__Western C.C.__ at __Mt. Sterling, Illinois__

Additional defendants and addresses __2 John Does both Correctional Officers at__
For additional plaintiffs or defendants, provide the information in the same format as __Mt.Sterling__ __Illinois__
above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes          No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

          Yes          No ☒

C. If your answer to B is yes, how many? _____   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

  Plaintiff(s) _____

  Defendant(s) _____

  2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

4. Basic claim made

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition

_____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒

No ☐   If your answer is no, explain why not

_____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS*
*OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE*
*ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS*
*RELATING TO YOUR GRIEVANCE.*

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 9 8 16 | Offender: (Please Print) Rafael Kennedy | ID#: S16679 |
|---|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Western Mt. Sterling | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): _____

☒ Disciplinary Report: 7 / 11 / 16    Western
    Date of Report    Facility where Issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

*Complete:* Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): ___

I have been found guilty for a Staff Assault that I did not do
there is camera footage of this that took place at approximately
2:15 p.m in Cellhouse R2, A wing. I did not fully understand
the names and how they explained the events that took place
at first but please watch the video footage. SGT Garrett was
the only officer on the deck he put me in a choke hold and
slammed to the ground in my disciplinary report SGT. Garrett never
explains why he did that to me. After I was thrown to the ground
C/O Barnett entered the deck door and came and hit me in the

Relief Requested: Missed out State pay, reimbursed for property I had to destroy turn. of
transfer to Danville or better yet Illinois River with my older brother Rafael Kennedy

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Rafael Kennedy    S16679    9 8 16
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature    Date

face with a closed fist more than once. C/O Barnett claims I assaulted him by throwing water on him while I layed on my back with Sgt. Garrett laying on top of me. They called me names and also I was kneed in the face and back I am afraid these guys will try to cover their actions by getting rid of the recording. I also was taken to a secluded area in the Seg. building and I was kicked and stomped by C/O's two that I recall being apart of this second against my person is Lt. Haubrich and another C/O that I can Identify if I were to see him again. I also know this C/O traveled with us the next morning to transfer me to Pontiac. Every last officer involved in this situation needs to be sought after and punished and I need a copy of the video on 7/11/16 at approximately 2:15pm in cellhouse R2, A wing for a future lawsuit. This is my first time being in trouble since I've been in I.D.O.C custody and they have given me 3 months Seg time, 3 months C grade 3 months yard restriction and also 6 months non-contact visits and I have to be in black and white stripes and only can be transferred to Max prison. My family and the public have to see me on the I.D.O.C website with black eyes and rug burns on my face my tooth was also knocked out during this situation please get to the bottom of this and bring the truth to light ASAP! Also after they beat me I asked for medical attention the nurse that was working at the time at Western came in where I was being held look at me and told me I'll be fine. The next morning when I arrived to Pontiac the nurse here treated several open wounds and abrasions on my wrist, elbows and I was given something for a headache all of these things were ignored by the nurse in Western. I never was allowed ICE for my swollen face due to me being in the Elevated Security part of Pontiac I've suffered alot in this ordeal and I still have back pains and knumbness in one of my elbows please help

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 9/20/16 | Offender: (Please Print) KENNEDy Rafaeh. | ID#: S-16679 |
|---|---|---|

| Present Facility: PontiaC.CoC. | Facility where grievance issue occurred: PontEoC.CoC |
|---|---|

**NATURE OF GRIEVANCE**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify) DUE PROCESS ViolatioN

[x] Disciplinary Report: 7 / 11 / 2016   westERN Illinois.CoC
Date of Report      Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): This GRiEvance Document all HERE IN DUE to The FaCT That This SiNgLe DiscipliNey InfRaction EMPoiSed upoN ME otheR Not iN Accod with Do Illinois AdMinistabivE Code SEction 504.3o pREpiRation of DisciplinaRy REpoRts, 504.50 REviEw of DisciplinaRy REpoRts, 504.8o AdjustMent CoMMittEE HEaRiNg pRoceduREs, 504.60 IaVESTigation of MajoR DisciplinaRy REpoRts, Constitutioal 14th AMendMent ViolatioNs of THE USE ConstitutioN. DuE To unlawfully Subject to bEiNg Confined iN SEGRegatioal, Etc Without The MiNiMuM REquiREMENt of DUE pRocess CREatiNg a LibRaRy IssuE Further HEightEniNg by SENtENcE with uNConstitutioNal INStitutioNal SaNctioNs. This AdjustMENt CoMMittEE SuMMaRy JudsMent REpoRts IMPoSEd upoN ME WEaR INadEquatE aNd iNSuffiCiENt. SpECificolly oN This

Relief Requested: 1.) ExpuNGE FRoM this DisciplinaRy REcoRd aNy aNd all FiNdiNg/actions TakEN against hiM by a ChaiRpERson witiN thE I.DoC, 2.) VidEo FootaGE to bE SavEd iN put iN a SafE placE, AN IaNcENIRcatEd to bE taKEN aGaiN ETC

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Rafael Kennedy   S-16679   9/20/16, 9/18/16
Offender's Signature      ID#      Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name      Counselor's Signature      Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___      Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature      Date

RECEIVED
SEP 2 6 2016
ADMINISTRATIVE
REVIEW BOARD

Distribution: Master File; Offender      Page 1      DOC 0046 (8/2012)
Printed on Recycled Paper

Adjustment committee Final summary Reports the basis for Decision was a word for word Extraction of The officers observation on the Disciplinary Report. No investigation was ever conducted and it so I am not no Blame. The basis for decision and the basis for Discipline were not in Compliance with the aforementioned 2c. Ill. admin code, Therefore, all Disciplinary actions in which subsequently Resulted in Recommended and final Institutional Sanctions are Inadequate with the Institutions own policies IN violation of Section I. of XIV of the U.S.C.A. Departmental Employees are imposing an Atypical and significant Hardship upon this grievant to an ordinary Incident of prison Life by placing a restraint upon Its state Created Liberty Interest in remaining Free from a chairperson being able to take an action to find him guilty of Having committed violations of I-D-o-c descriptive Rules of behavior as charged in Disciplinary Reports (OR) without supporting its Findings with some evidence in compliance with Section 504 yo Adjustment committee Hearing procedure Sub Section (K) and Subpart 4, procedural guidelines Whereas since 7-11-16 departmental Employees acting as a Chairperson Throughout the I-D-o-c Has been facilitating an unusual practice of unfairly Taking the action of finding this grievant of Having committee and major violations of I-D-o-c descriptive Rules of behavior as charged in Disciplinary Report basing its action upon The Adjustment committee Having Recived a written or oral statement and/or some other form of physical evidence demonstrating fishon's commission of an act under Circumstances that Met the charged Rule of behavior as prescribed in Section 504 Appendix a offense Numbers and Definitions. As Required to Support its Findings with some evidence in compliance with Section 504.90 Adjustment committee Hearing procedures Subsection K) and Subpart (4) procedure guidelines

---

Also:

I wrote this grievance in accordance with Ao. Ill. Admin. code 504.810 filing of Grievances poet A) As it states verbatim ; A grievance shal be filed within 60 Days After the Discovery of The Incident, occurrence, or problem that gives Rise to the Grievance. This Newly Discovered evidence in which I just Discovered, Dealing with the Violation of Due process, IN which gives Rises to the problem in Which is Affecting Me Daily Because of such Due process Violations, Is why I waite this grievance and am IN the Time frame of The Rules. The Date of discovery is listed above, As The Date of The Grievance.

The Summary Herein was sent to me 9/16/16 please add this to other grievances you've received from me in the months July, August, and September all are on the same Issue please put them all together. I was punished and exonerating evidence was not investigated. The video will prove allegations in the disciplinary report were fabricated.

SEP / 8 2016
ADMINISTRATIVE
REVIEW BOARD

This is an additional page to my grievance.
The video will prove that the only officer on
R2 A wing at 2:15 was SGt, Garret.
He grabbed me and threw me to the ground
after He and I had words. After I was already
on my back with SGt. Barret on top of me,
when C/O Barnett entered the deck and came
to assist the SGt. He punched me in my face
and then I was told to roll over onto my stomach.
I hate that the grievance process is so slow that by
the time you guys get to the bottom of things, I
would be done serving this wrongfully given Seg
time and other punishments. I do not understand how
Western could refuse to hand over the footage
that would prove I was lied on, besides that I
was beat on by several officers. I pray you guys
do the righteous thing and fix things. I am now
labeled as a Staff Assaulter and I'm in a stripe suit
and, I'm in a max prison by the time you get to
my grievance. Please send me back to a medium
Illinois River to be close to my brother or Danville.
I have never caused problems and this is my 1st ticket
which I'm innocent you will see please watch the footage
also preserve the footage for my future lawsuit
against these officers.
                    Thanks  Raphael Kennedy

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** KENNEDY, RAFAEL D | **IDOC Number:** S16679 | **Race:** BLK |
| **Hearing Date/Time:** 8/19/2016  12:44 PM | **Living Unit:** PON-N-03-43 | **Orientation Status:** N/A |
| **Incident Number:** 201602432/2 - PON | **Status:** Final | |

## Signatures
### Hearing Committee

THOMPSON, ALEXIS M                      08/19/16      BLK

Signature                        Date        Race

Recommended Action Approved

---

**Final Comments:** N/A

---

MICHAEL P MELVIN / MPM  8/26/2016                      08/26/16

**Chief Administrative Officer**                Signature            Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**          When Served  -- Date and Time

SEP 2 6 2016
ADMINISTRATIVE
REVIEW BOARD

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** KENNEDY, RAFAEL D  **IDOC Number:** S16679  **Race:** BLK

**Hearing Date/Time:** 8/19/2016  12:44 PM  **Living Unit:** PON-N-03-43  **Orientation Status:** N/A

**Incident Number:** 201602432/2 - PON  **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 7/11/2016 | 201602432/1-PON | BARNETT, REGINALD A | WIL-R2 HOUSE A WING | 02:15 PM |
| 7/11/2016 | 201602432/2-PON | MEGGINSON, TIMOTHY W | WIL-INTERNAL AFFAIRS | 02:15 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 102 | Assaulting Any Person - Staff<br>Comments:threw liquid on r/o, broken wrist and th | Guilty |
| 105 | Dangerous Disturbances<br>Comments:several offenders were in the area | Not Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS
REPORT READ. OFFENDER PLEADS NOT GUILTY. OFFENDER STATED THERE WAS ALREADY A TICKET WRITTEN HOW CAN THEY WRITE ANOTHER TICKET. OFFENDER STATED THE OFFICERS WERE THE ONES THAT CAUSED THE DISTURBANCE. OFFENDER ALSO STATED HE GOT BEAT BY THE OTHER C/O'S AND THAT'S WHAT CAUSED THE DISTURBANCE AND SHOULD LOOK AT TAPE.

## BASIS FOR DECISION
THIS REPORT IS BASED ON AN INVESTIGATION CONDUCTED AT WESTERN ILLINOIS CORRECTIONAL CENTER. ON 7/11/2016 OFFENDER KENNEDY WAS GIVEN SEVERAL DIRECT ORDERS TO LOCK UP. KENNEDY REFUSED ALL ORDERS AND BEGAN TO ARGUE WITH STAFF. KENNEDY THEN THREW A FULL JAR OF WHAT APPEARED TO BE WATER ON C/O BARNETT. SERGEANT GARRETT AND C/O BARNETT ATTEMPTED TO PLACE WRIST RESTRAINTS ON KENNEDY WHEN KENNEDY BECAME COMBATIVE AND WAS PLACED ON THE GROUND.

THE POSITIVE IDENTIFICATION OF THE OFFENDER BY STATE ID CARD;

ATTACHED DC 434 INCIDENT REPORTS;

**VIDEO FOOTAGE OF INCIDENT WAS REQUESTED FROM WESTERN ILLINOIS CORRECTIONAL CENTER, BUT WAS DENIED DUE TO EXTERNAL INVESTIGATION. DISCIPLINE BASED ON OTHER INFORMATION PROVIDED.

THE COMMITTEE IS SATISFIED THE VIOLATIONS OF 102 OCCURRED AS REPORTED. THE OFFENDER IS NOT GUILTY OF 105.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 3 Months C Grade | 3 Months C Grade |
| 3 Months Segregation | 3 Months Segregation |
| 3 Months Yard Restriction | 3 Months Yard Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:NATURE OF OFFENSE**

## Signatures
### Hearing Committee

PUNKE, TODD M  - Chair Person

| | Signature | Date | Race |
|---|-----------|------|------|
| | | 08/19/16 | WHI |

SEP 2 6 2016
ADMINISTRATIVE
REVIEW BOARD

Run Date: 8/27/2016 11:00:49

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Kennedy_ _Rafael_ _516679_
　　　　　　Last Name　　　　　　　　　First Name　　　　　　MI　　　　　ID#

Facility: _Pontiac C C_

☒ Grievance: Facility Grievance # (if applicable) _NOT PROVIDED_ Dated: _9/20/16_ or ☐ Correspondence: Dated: _____

Received: _9/26/16_ Regarding: _IDR of 7/11/16_
　　　　　　Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal. _If timely_

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:　Administrative Review Board
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Office of Inmate Issues
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1301 Concordia Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Springfield, IL　62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:　Illinois Prisoner Review Board
　　　　　　　　　　　　　319 E. Madison St., Suite A
　　　　　　　　　　　　　Springfield, IL　62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
　　　　　　　　　　　　　　　　　　　　　　　Date

☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: _Leslie McCarty_ 　　　　_Leslie McCarty LM_ 　　　_9/26/16_
　　　　　　　　Print Name　　　　　　　　　　　　Signature　　　　　　　　Date

Distribution:　Offender
　　　　　　　　Inmate Issues
　　　　　　　　　　　　　　　　　*Printed on Recycled Paper*　　　　　　　　DOC 0070 (Rev.4/2013)

page 1

Rafael Kennedy S16679
P.O Box 99
Pontiac, IL 61764
Date: October 12, 2016
To: Administrative Review Board

Hello, I am writting to inform you guys with
a few things, I also have questions. I have recently
received your responses regarding my grievances from
which were mailed out by me on; 7-29/ ▬▬ /8-12/
9-13/ 9-22 all in this year 2016. All of which root
from the situation in Western Correctional Center 7/11/16.
I understand your response directing me to go through
the grievance process with Pontiac Correctional Center
Regarding the Punishment on my disciplinary report. The
grievance officer in Pontiac still hasn't replied, I've sent
a grievance to them also. Something that I can't help
but notice is that you guys fail to realize what I'm
asking of you with such authority you have. The
grievances I've sent you continues to ask of you to
preserve a copy of the video footage of the incident
at Western C.C on 7/11/16. Not only for you to review,
but I will be filing a lawsuit after you reply to this Letter.
This video was denied for Pontiac's Adjustment Committee
to review, which is against my Due Process Rights.

page 2

This is an issue that you guys are suppose to take care of? You guys have directed me to go through the grievance process here in Pontiac about a video that was denied to be handed over to Pontiac already! It is very unusual for a Prison to have footage of an incident resulting in a disciplinary report, and then later denying to pass it on to the finder of guilt. Before this video footage is no → longer obtainable I will produce a (paper trail) of evidence for the Court to understand this video destroyed purposely, was asked to be preserved by the highest Power that be (The ARB) numerous of times. This is an emergency only because after a while video footage is recorded over, or in this situation done away with on purpose! Seeking an Appeal for the Judgment on the disciplinary report is my last concern at this moment because, I've already served the punishment. I also think its best to sue for my rights being violated by the Adjustment Committee here in Pontiac. I asked for a Polygraph test after they informed me that Western C.C denied the only evidence to prove my innocence. This situation is beyond if I'm innocent for a disciplinary report or not. But, The excessive force that was used against my person is on video, and my innocence in the disciplinary report further proves it was unneccesary and something needs to be done.

Sincerely, Rafael Kennedy

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Injury Report

Offender Name: _Kennedy, Rafael_   ID#: _516679_

Age: _24_   Date of Birth: _1-5-92_   Sex: _M_   Race: _BLK_

Date of Injury: _7-11-16_   Time of Injury: _2:20_   ☐ am  ☒ pm   Location: _R2_

How did the injury occur?   _During altercation c Staff_

Was it witnessed by staff? ☐ No  ☒ Yes (If yes, please list names)

_unknown of all  C/O Zoller, Sgt Garrett_

**Location in facility:**

☐ LTA (gym, basketball, football, etc.)

☐ Group (therapy)

☒ Housing Unit (cell, dayroom, tv room, etc.)

☐ School (classroom, library)

☐ Kitchen

☐ Other _____

**Type of Injury:**

☐ Sports

☒ Assault

☐ Job Related

☐ Non-job Related

☐ Self-inflicted

☐ Fight

_K. Kaler RN_
Signature

Title

_7-11-16_
Date

## (Medical Report on Reverse Side)

Side 1

Offender Name: _Kennedy, Rafail_  ID#: _S16679_

Date of medical examination: _7-11-16_ Time: _245_ ☐ am ☒ pm  Physician Contacted: ☐ Yes ☒ No

S (Subjective Findings): _Staff assault_

O (Objective Findings): _____

Vitals: T _987_ P _88_ R _20_ BP _144/84_ Tetanus _NA_
_Small superficial laceration less than 1/4 inch long shallow_
_over R eye. Reddened area around both wrist_
_R.O.M. WNL. ☐ edema_

A (Evaluation of Injury): _Injuries consistent c resistance to cuff up_

P (Treatment and Follow-up): _Area cleaned NSC PRN_

Disposition of patient:
☐ Return to assignment    ☐ Housing Unit    ☐ Lay in    ☐ Infirmary    ☒ Segregation
☐ Off-site referral for treatment (Destination) _____

_K. Kaler_                              _KKaler R)_
Print Name of Person Completing Form              Signature

_R
(_
Title

_7-11-16_
Date

## To Be Completed By Physician

I have reviewed this report and would like to see this offender: ☐ Immediately  ☐ Next Sick Call  ☐ PRN

_____    _____    _____
Print Physician Name              Physician's Signature              Date

Side 2

Printed on Recycled Paper

DOC 0313 (Eff. 07/2008)
(Replaces DCA7111-1A1)

ILLINOIS DEPARTMENT OF OFFENDER

**Offender Health Status Transfer Summary**     *TRANS — PON*

**Transferring Facility:** WIL _____ Center

**Offender Information:** *Kennedy* _____ Last Name _____ First Name _____ MI     **ID#:** *S16679*

**Date:** 7/12/16   **Time:** 8:40   ☐ a.m. ☐ p.m.

| Transfer Screening (completed by transferring facility health care staff): | ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|---|

**Allergies:** NKDA

**Food Handler Approved:** yes

**Current / Acute Conditions / Problems:** Ø

**Chronic Conditions / Problems:** Ø

**Current Medications** (name, dosage, frequency, and duration):

**Acute Short-term:** Ø

**Chronic Long-term:** Ø

**Chronic Psychotropic:** Ø

**Current Treatments:**

**Therapeutic Diets:** Reg.

**Follow-Up Care:** Routine

**Chronic Clinics:** Ø

**Specialty Referrals:** Ø

**Significant Medical History:** SR. UShW (L) side, small superficial scrape from cuffs on 7/11/16 on both wrists, small 1/4 in superficial laceration

**Physical Disabilities / Limitations:** over R eye.

**Assistive Devices / Prosthetics:** Ø    ☐ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date ___/___/___  ☐ Hx Psych Med ☐ Hx MPC / STC  **Substance Abuse:** ☐ Alcohol ☐ Drugs

| R & C Use Only: | ☐ LAB | ☐ EKG | ☐ CXR | ☐ Dental | ☐ MEDS | ☐ MH | ☐ Other: | | ☐ Packet Complete |

K. Ashona   RN
**Print Name and Title**   **Signature**   **Date** 7/12/16

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** Pontiac   **Date:** 7/12/16   **Time:** 4:30   ☐ a.m. ☒ p.m.

**Subjective:**
**Current Complaint:** none

**Assessment:**

**Current Medications/Treatment:** None

Seg to SEG after

**Objective:**
**Physical Appearance/Behavior:** AO X 3  Gait  Steady  Calm + Coop

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
☐ Infirmary Placement: _____
☐ Other (specify): _____

**Deformities: Acute/Chronic:** NO

**T:** 98   **P:** 95   **R:** 16   **B/P:** 110/84

Rambo RNBS
**Printed Name and Title**   **Signature**   **Date** 7/12/16

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____ Offenders Signature   _____ Date   _____ Time   ☐ a.m. ☐ p.m.

DOC 0090 (Rev. 11/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

Offender Information:
Kennedy Rafael
Last Name First Name MI
ID#: S16679

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/12/16 430p | RN Note: | P: CPM RTC 14 |
| 95 | I/m brought to UC as a seg to seg Xtransfer from Western After an altercation C Staff. I/m states he was beat twice by staff after trying to get a drink of water after yard. I/m has a small black eye on Ⓛ side. I/m has both elbow lacerations. I/m has wrist lacerations. I/m states he has had no medical attention. I/m has Ø medical issues. Takes Ø meds. A seg to seg | |
| 96³⁰ 98 | | |
| 110/84 | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

## STATEMENT OF CLAIM

Place of the occurrence    Western Correctional Center in Mt. Sterling, IL R2 A wing

Date of the occurrence    July 11, 2016  Approx. 2:15 P.M on R2 A wing

Witnesses to the occurrence    Maurice Lasenby 811644 / Video footage R2 A wing — & other inmates that were transferred with me the next da

State here briefly the FACTS that support your case.  Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes.  Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On 7/11/16 my rights were violated by several officers and a nurse. Excessive Force and Denial of proper Medical Attention both 8th Amendment violations

Claim(1) SGt. Garrett pulled me down the stairs putting me in a choke hold from behind me. SGt. Garrett then threw me on the floor as if body slamming me.

Excessive Force  8th Admendment Violation

Claim(2) 1st John Doe came to assist the other officers and kneed me in the face while I lay on my stomach in handcuffs.

-Excessive Force  8th Admendment Violation

Claim(3) C/O Barnett came to assist and punched me in my face twice while I had already been subdued.

Excessive Force  8th Admendment Violation

Claim(4) Lt. Haubrich while escorting me to the Seg unit told me that he had something for me and I'll learn my lesson to never assault

another officer. Upon entering the Seg building I was pushed by Lt. Haubrich into the wall and thrown to the floor causing a rug burn on my face he then kicked me in the mouth knocking out my gold permenant tooth.

Excessive Force  8th Admendment

Claim (5) C/o Zoller continued this assault on me by kicked and punching me while calling me names.

Excessive Force  8th Admendment

Claim (6) 2nd John Doe also kicked me two times in my rib cage and then made me stand up on my own while I was still in handcuffs all this took place.

Excessive Force  8th Admendment Violation

Claim (7) I begged for medical attention a nurse came and looked at me while I explained to her my pain she said I'll be fine and walked off K. Kaler was her name

8th Admendment violation

[ I've included documents of my medical records ]



## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

$ 250,000 In compensatory of Individual's Capacity

Nominal Damages of Individual's Capacity

$ 250,000 In Punitive Damages of Individual's Capacity

From each Defendant

And Any Additional Relief this Honorable Court Deems Just, proper, and suitable

**JURY DEMAND**          Yes ☒          No ☐

Signed this __28th November__ day of __November__,

19_____ . 2016

( *Signature of Plaintiff*)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Rafael Kennedy  S16679 | S16679 |
| Address: P.O Box 99  Pontiac, IL 61764 | Telephone Number: N/A |