# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Rafael C. Kennedy S-16679
_____
Plaintiff

vs.

SGt. Michael Garnett
Lt. Blake Haunbrich
C/O Reginald Barnett
C/O Clint Zeller
C/O Justin Hunziker
1 John Doe
_____
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Amended Complaint

Case No. 16-3332-JES
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

_____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Rafael Kennedy Middle name (Cortez)

Prison Identification Number: # S-16679

Current address: P.O Box 99 Pontiac, Illinois 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Michael Garrett

Current Job Title: Sargeant Correctional Officer

Current Work Address Western Correctional Center

Mt. Sterling, Illinois

Defendant #2:

Full Name: Blake Haubrich

Current Job Title: Leiutenant Correctional Officer

Current Work Address Western Correction Center

Mt. Sterling, Illinois

Defendant #3:

Full Name: Clint Zoller

Current Job Title: Correctional Officer

Current Work Address ___Western Correctional Center____

___Mt. Sterling, IL____

Defendant #4:

Full Name: ___Justin Hunziker____

Current Job Title: ___Correctional Center Officer____

Current Work Address ___Western Correctional Center____

___Mt. Sterling, Illinois____

Defendant #5:

Full Name: ___John Doe____

Current Job Title: ___Correctional Center Officer____

Current Work Address ___Western Correctional Center____

___Mt. Sterling, Illinois____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☒        No ☐

If yes, please describe ___This Form will be an Amended Complaint____

___to case Number ~~16-883~~ # 16-B332-JES____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☒  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Western IL. Correctional Center___

4



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

March 1, 2017

Rafael Kennedy
Register No. S16679
Stateville Correctional Center

Dear Mr. Kennedy:

This is in response to your grievances received on August 1, 18, September 15, 2016 and January 18, 2017, regarding a disciplinary report dated July 11, 2016 and Staff Conduct (CO Barnett, Sgt Garrett), which was alleged to have occurred at Western Illinois Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Grievances dated July 20th, August 11th and September 8th were returned by the Administrative Review Board on September 26, 2016, however will be reviewed for just cause.

Offender Kennedy grieves in summary on July 11, 2016 CO R. Barnett approached him and told him not to get a drink. He states he replied by telling staff he was old and mad all the time. He alleges CO Barnett "grabbed" his arm and "slammed" him to the ground. He claims another Correctional Officer came in and punched him in the face. He alleges while being escorted to segregation his head was "rammed" into the door and kneed in the face. Offender Kennedy grieves the Adjustment Committee was not able to view the tape of the incident. He grieves in grievance dated August 11th being held in confinement at Pontiac CC for 30 days. He requests the recording be preserved. In his grievance dated September 8th he states Sgt. Garrett was the only officer on the deck and he (Garrett) put him (Kennedy) in a choke hold and slammed him to the ground. He alleges CO Barnett entered the deck and hit him in the face with a closed fist. He claims he arrived to Pontiac with open wounds, abrasions on wrist and elbows. He states he was given something for a headache, but was not allowed ice for his swollen face.

This office reviewed the disciplinary report dated July 11, 2016 and the investigation conducted by external investigations. Offender Kennedy received medical treatment for injuries deemed consistent by the medical staff with resisting to allow staff to place restraints. Based on the investigation of the incident there was no staff misconduct substantiated.

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office is reasonably satisfied the offender committed the offenses and recommends the grievance be denied.

FOR THE BOARD: _____
Sarah Johnson
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
John R. Baldwin
Acting Director

cc: Warden, Stateville Correctional Center
    Rafael Kennedy, Register No. S16679

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov idoc

Kennedy v. Garrett, et al. (16-3332) IDOC No.: 000077

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Kennedy_ _Rafael_ _____ MI _516679_ IDA
Last Name        First Name

Facility: _Pontiac_

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _9/8/16_ _7/20/16, 8/11/16_ or ☐ Correspondence: Dated: _____
Received: _9/15/16_ Regarding: _IDR of 2/11/16_
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
Date

☐ No justification provided for additional consideration.

Other (specify): _Offender was found guilty by Pontiac_
_Adjustment Committee. Ffallow DR 504.810_

Completed by: **Leslie McCarty** _Leslie McCarty LM_ _9/26/16_
Print Name                    Signature                    Date

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.4/2013)

Page 4.

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

| | | | | |
|---|---|---|---|---|
| **Name:** KENNEDY, RAFAEL D | | **IDOC Number:** S16679 | | **Race:** BLK |
| **Hearing Date/Time:** 8/19/2016  12:44 PM | | **Living Unit:** PON-N-03-43 | | **Orientation Status:** N/A |
| **Incident Number:** 201602432/2 - PON | | **Status:** Final | | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 7/11/2016 | 201602432/1-PON | BARNETT, REGINALD A | WIL-R2 HOUSE A WING | 02:15 PM |
| 7/11/2016 | 201602432/2-PON | MEGGINSON, TIMOTHY W | WIL-INTERNAL AFFAIRS | 02:15 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 102 | Assaulting Any Person - Staff | Guilty |
| | Comments:threw liquid on r/o, broken wrist and th | |
| 105 | Dangerous Disturbances | Not Guilty |
| | Comments:several offenders were in the area | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

### RECORD OF PROCEEDINGS
REPORT READ.  OFFENDER PLEADS NOT GUILTY.  OFFENDER STATED THERE WAS ALREADY A TICKET
WRITTEN HOW CAN THEY WRITE ANOTHER TICKET.  OFFENDER STATED THE OFFICERS WERE THE ONES
THAT CAUSED THE DISTURBANCE.  OFFENDER ALSO STATED HE GOT BEAT BY THE OTHER C/O'S AND THAT'S
WHAT CAUSED THE DISTURBANCE AND SHOULD LOOK AT TAPE.

### BASIS FOR DECISION
THIS REPORT IS BASED ON AN INVESTIGATION CONDUCTED AT WESTERN ILLINOIS CORRECTIONAL CENTER.
ON 7/11/2016 OFFENDER KENNEDY WAS GIVEN SEVERAL DIRECT ORDERS TO LOCK UP.  KENNEDY REFUSED
ALL ORDERS AND BEGAN TO ARGUE WITH STAFF.  KENNEDY THEN THREW A FULL JAR OF WHAT APPEARED
TO BE WATER ON C/O BARNETT.  SERGEANT GARRETT AND C/O BARNETT ATTEMPTED TO PLACE WRIST
RESTRAINTS ON KENNEDY WHEN KENNEDY BECAME COMBATIVE AND WAS PLACED ON THE GROUND.

THE POSITIVE IDENTIFICATION OF THE OFFENDER BY STATE ID CARD;

ATTACHED DC 434 INCIDENT REPORTS;

**VIDEO FOOTAGE OF INCIDENT WAS REQUESTED FROM WESTERN ILLINOIS CORRECTIONAL CENTER, BUT
WAS DENIED DUE TO EXTERNAL INVESTIGATION.  DISCIPLINE BASED ON OTHER INFORMATION PROVIDED.

THE COMMITTEE IS SATISFIED THE VIOLATIONS OF 102 OCCURRED AS REPORTED.  THE OFFENDER IS NOT
GUILTY OF 105.

### DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 3 Months C Grade | 3 Months C Grade |
| 3 Months Segregation | 3 Months Segregation |
| 3 Months Yard Restriction | 3 Months Yard Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:**NATURE OF OFFENSE

### Signatures
**Hearing Committee**

| | | | |
|---|---|---|---|
| PUNKE, TODD M  - Chair Person | | 08/19/16 | WHI |
| | Signature | Date | Race |

SEP 2 6 2016

ADMINISTRATIVE
REVIEW BOARD

Run Date: 8/27/2016 11:00:49

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 9 8 16 | Offender: (Please Print) Rafael Kennedy | ID#: S16679 |
|---|---|---|
| **Present Facility:** Pontiac | **Facility where grievance issue occurred:** Western Mt.Sterling | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Other (specify): _____
- ☒ Disciplinary Report: 7 / 11 / 16     Western
  Date of Report     Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

*Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:*
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have been found guilty for a Staff Assault that I did not do
there is camera footage of this that took place at approximately
2:15 p.m on Cellhouse R2, A wing. I did not fully understand
the names and how they explained the events that took place
at first but please watch the video footage. SGT Garrett was
the only officer on the deck he put me in a choke hold and
slammed to the ground in my disciplinary report SGt. Garrett never
explains why he did that to me. After I was thrown to the ground
C/O Barnett entered the deck door and came and hit me in the
**Relief Requested:** Missed out State pay, reimbursed for property I had to destroy turn ou
transfer to Danville or better yet Illinois River with my older brother Rafael Kennedy.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Rafael Kennedy                    S16679        9 8 16
Offender's Signature                  ID#            Date

*(Continue on reverse side if necessary)*

---

**Counselor's Response (If applicable)**

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | ___/___/___ Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance<br>☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature                    ___/___/___
                                                              Date

face with a closed fist more than once. C/O Barnett claims I assaulted him by throwing water on him while I layed on my back with SGt. Garrett laying on top of me. They called me names and also I was kneed in the face and back I am afraid these guys will try to cover their actions by getting rid of the recording. I also was taken to a Secluded area in the Seg. building and I was kicked and stomped by C/O's two that I recall being apart of this second against my person is Lt. Haubrich and another C/O that I can Identify if I were to see him again. I also know this C/O traveled with us the next morning to transfer me to Pontiac. Every last officer involved in this situation needs to be sought after and punished and I need a copy of the video on. 7/11/16 at approximately 2:15 pm in cellhouse R2, A wing for a future lawsuit. This is my first time being in trouble since I've been in I.D.O.C custody and they have given me 3 months Seg. time, 3 months C.grade 3 months yard restriction and also 6 months non-contact visits and I have to be in black and white stripes and only can be transferred to Max prison. My family and the public have to see me on the I.D.O.C website with black eyes and rug burns on my face my tooth was also knocked out during this situation please get to the bottom of this and bring the truth to light ASAP! Also after they beat me I asked for medical attention the nurse that was working at the time at Western came in where I was being held look at me and told me I'll be fine. The next morning when I arrived to Pontiac the nurse here treated several open wounds and abrasions on my wrist, elbows and I was given something for a headache all of these things were ignored by the nurse in Western. I never was allowed ICE for my swollen face due to me being in the Elevated Security part of Pontiac I've suffered a lot in this ordeal and I still have back pains and knumbness in one of my elbows please help

STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

U 65335

| Name: KENNEDY, RAFAEL D | DOC Number: S16679 | Race: BLK |
|---|---|---|
| Hearing Date/Time: 7/19/2016 10:35 AM | Living Unit: PON-N-01-34 | Orientation Status: N/A |
| Incident Number: 201602432/1 - PON | Status: Continued Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 7/11/2016 | 201602432/1-PON | BARNETT, REGINALD A | WIL-R2 HOUSE A WING | 02:15 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 102 | Assaulting Any Person - Staff | **RECEIVED** |
| | Comments:threw liquid on r/o | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| No Witness Requested | | | AUG 0 1 2016 |

ADMINIS?
REVIEW BUARD

### RECORD OF PROCEEDINGS
REPORT READ. OFFENDER PLEADS NOT GUILTY. "HE NEVER LET ME GET TO THE WATER. HE SLAMMED ME ON THE GROUND AND CUFFED ME. I DIDN'T THROW ANY WATER ON THE C/O. ALL THE OTHER INMATES WERE YELLING BECAUSE OF WHAT THEY WERE SEEING".

### BASIS FOR DECISION
THIS HEARING IS BEING CONTINUED AS AN ONGOING INVESTIGATION IS UNDERWAY. ANY FURTHER REPORTS AS A RESULT OF THE INVESTIGATION SHALL BE ADDED AND COMBINED WITH THE REPORT FROM THIS HEARING.

### DISCIPLINARY ACTION (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| C O N T I N U E | — C O N T I N U E D — |
| Basis for Discipline: | |

### Signatures
#### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| BROWN, CHAD M - Chair Person | | 07/19/16 | WHI |
| SALINAS, ABERARDO A | | 07/19/16 | HSP |
| Recommended Action Approved | | | |

**Final Comments:** N/A

MICHAEL P MELVIN / KKK 7/24/2016       07/24/16
Chief Administrative Officer       Signature       Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person       Via mail 7-25-16
       When Served -- Date and Time       CSOp

OCT 1 4 2016

Run Date: 7/25/2016 08:12:38       Page 1 of 1

065335

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)
Garret

being punched in the face. C/O Barnett continued to tighten his grip
around my neck as I layed there. I tried blocking my face while
being punched, C/O Barnett then told me to roll onto my stomach
I obeyed every order then a Host of other C/O's came to the scene
and started kneeling on my face and body while I was already
handcuffed. Throughout this whole ordeal several other inmates were
present and started yelling at the C/O's as they used excessive
force. The C/O's then escorted me to Seg, but once we were right
outside of the Seg building they rammed my head into the door
and I was kneed in the face which knocked my tooth out of my
mouth. We then entered the Seg building in-between two secured
doors I was thrown to the ground and the C/O's stomped and kicked
on me I begged them to stop and pleaded for I feared for my
life, shortly after they stopped and the C/O's that weren't involved said
nothing at all. Within the Unknown Host of C/O's that participated in
beating me I remembered there was a Luitenent with a white
shirt which I felt I was safe when he appeared but he joined them
in kicking me upon my arrival to Seg. I later discovered his name
because he was one of the officers that brought me to Pontiac
his name is (Hanbrich) or close to it there was also another C/O that
helped beat me that helped and rode with us on my transfer here.
The reason I brought him up is because I think that officers name
can be found out through the transfer info. This C/O's carried themselves
like an organized gang and I'm seeking for everybody involved to be
disciplined, I'm also seeking to start a lawsuit once I find the
proper method. This is my first disciplinary ticket since I been in IDOC
and the severity of it can cause me to be transferred to a Maximum Security
facility and that's after serving a year here in Pontiac. I asked for a
Polygraph test at my disciplinary hearing I really appreciate Chad Brown
the Chair Person continuing it for a thorough investigation. I did not request
witnesses because they were all transferred to different facilities as was
I. I remember one guy's name was (Maurice Lasenby) I dont know his
I.D # but he was there the whole time. The camera should have recorded everything
that happened on 7/11/16 in R2. A wing at 2:10 - 2:30 also the camera on the
outside of the Seg building and Western's Hospital camera we walked
past all these cameras and it will prove my claim for excessive force, and
that I never assaulted C/O Barnett I'm asking this be taken serious
and taken care of A.S.A.P. I'm innocent and I feel since I was denied the Polygraph
test I was denied due process on proving my innocence. The Adjustment Committee
here at Pontiac doesn't get the chance to watch the tape so its all one sided.
This (Barnett) lied and they transferred me here to cover up their tracks please look into
this. I was never provided a copy of the original disciplinary report. Help me watch the
recordings yourselves please get back with me A.S.A.P I'm suffering here!

Distribution: Master File; Offender

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 9/20/16 | Offender: (Please Print) Kennedy Rafael | ID#: S-16679 |

| Present Facility: Pontiac CoC | Facility where grievance issue occurred: Pontiac CoC |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☑ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA ☑ Other (specify) Due Process Violation
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator

☑ Disciplinary Report: 7 / 11 / 2016    Western Illinois CoC
                        Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): This Grievant document all Hereto Due to the Fact that this Sings Disciplinary Infraction Impaired upon me others Not in Accord with do Illinois Admintative Code Section 504.30 preparation of Disciplinary Reports, 504.50 Review of Disciplinary Reports, 504.80 Adjustment Committee Hearing procedures, 504.60 Investigation of Major Disciplinary Reports, Constitudas 14th Amendment Violations of The US Constitution. Due to unlawfully subject to being confined in Segregation, etc Without The Minimum Requirement of Due process Creating a Library Issue Further lengthening by sentence With unconstitutional Institutional Sanctions. This Adjustment Committee Summary Judgment Reports Impaired upon me Were Inadequate and Insufficient. Specifically on This

Relief Requested: 1.) Expunge from His Disciplinary record any and all Findings/actions Taken against him by a chairperson Without the I.DOC, 2.) Video Footage to be Saved to put in a safe place, An Investigation to be taken against etc

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Rafael Kennedy_   S-16679        9/20/16  9/18/16
Offender's Signature                 ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___ / ___ / ___     ☐ Send directly to Grievance Officer     ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____ _____ ___ / ___ / ___
Print Counselor's Name          Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___ / ___ / ___     Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                       ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ ___ / ___ / ___
Chief Administrative Officer's Signature   Date

RECEIVED
SEP 2 6 2016
ADMINISTRATIVE
REVIEW BOARD

Adjustment committee Final summary Reports the basis For Decision was a Word For Word Extraction of The officers observation on The Disciplinary Report. No investigation was ever conducted and it so I am Not to blame, The basis For Decision and The basis For Discipline Were Not in Compliance with the Agurementel 2c. Ill. Admn. code, Therefore, All Disciplinary actions in Which Subsequently Resulted in Recommended and Penal Institutional Sanctions are Inadequate with the Institutions own policies in Violation of Section I. of XIV of The U.S.C.A, Departmental Employee(s) are imposing an Atypical and significant Hardship upon This grievant to an ordinary incident of prison life by placing a Restraint upon Its state Created liberty Interest in Remaining Free From a chairperson being able to take an action to Find Him guilty of Having committed Violations of I-D-o-c descriptive Rules of behavior as charged in Disciplinary Reports (OR) Without supporting Its Findings with some Evidence in compliance with Section 504.4a Adjustment committee Hearing procedures Subsection (k) and Subpart 4. procedural guidelines. Whereas Since 7-11-16 Departmental employees acting as a Chairperson Throughout the I-D-o-c Has been Facilitating an unusual practice of unfairly Taking the action of Finding this germent of Housing committee and Major Violations of I-D-o-c descriptive Rules of behavior as charged in Disciplinary Report basing Its action upon The Adjustment committee Having Recived a Written or oral statement and/or some other from of physical evidence demonstrating Fishers commission of an act under Circumstances that Met the charged Rule of behavior as prescribed in Section 504 Appendix a offence Numbers and Definitions. As Required to support Its Findings with some Evidence in compliance with Section 504.40 Adjustment committee Hearing procedures Subsection (k) and Subpart (4) procedure guidelines

ALSO:

I Wrote this grievance in accordance with Ao. Ill. Admn. code 504.810 Filing of Grievances part A) As it states verbatim; A grievance shall be Filed within 60 Days After the Discovery of The incident, occurrence, oR problem that gives Rise to the Grievance. This Newly Discovered evidence in (Which I Just Discovered, Dealing with the Violation of Due Process, in which gives Rises to the problem in which is Effecting My Daily Degree of Such Due process Violations, Is why I waite this grievance and am in the Time Frame of The Rules. The Date of Discovery is listed above, As The Date of The Grievance.

The Summary Herein was sent to me 9/16/16 please add this to other grievances you've received from me in the months July, August, and September all are on the Same issue please put them all together. I was punished and exonerating evidence was not investigated. The video will prove allegations in the disciplinary report were fabricated.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 8/11/16 | Offender: (Please Print) Rafael Kennedy | ID#: 516679 |
|---|---|---|

| Present Facility: Pontiac | Facility where grievance issue occurred: Western IL Corr. Center |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☐ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify):

☒ Disciplinary Report: __7 / 11 / 16__   __Western IL__
　　　　　　　　　　　Date of Report　　　　Facility where issued

AUG 1 ─ 2016

Note:　Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　Chief Administrative Officer, only if EMERGENCY grievance.
　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
　administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
　Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am being held for temporary confinement in Pontiac Seg.
I have been here 30 days my due process rights allows the
ticket to be dismissed against me at this point. I'm not under
investigation status but if I were, 30 days is the deadline I've
read. I am not guilty for what I'm here for and I hope the
previous grievance I wrote to the ARB was taken seriously.
I need the recordings on 7/11/16 from 2:00 p.m — 3:00 p.m
at Western on 2 house A wing preserved for the review of the ARB
and for a future lawsuit. This will prove I'm innocent and was assaulted!

Relief Requested: To be released from Seg and could I please get a recommendation
from you guys to send me to (Illinois River) where my older brother
is a be close or in the cell with him his name also is Rafael Kennedy

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Rafael Kennedy　　　　516679　　　8/11/16
Offender's Signature　　　　ID#　　　　Date

(Continue on reverse side if necessary)

Turn Over

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___
☐ Send directly to Grievance Officer　　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____　　　　_____　　／／
Print Counselor's Name　　　　Counselor's Signature　　　Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?　☐ Yes; expedite emergency grievance
　☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____　　／／
Chief Administrative Officer's Signature　　　Date

Kennedy v. Garrett, et al. (16-3332) IDOC No.: 000081

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

Please Expunge this ticket and get me out of Seg A.S.A.P
I have never gotten a ticket until now and its for splashing
water out of a water fountain on a C/O which is false
and all on tape! This C/O is somehow trying to cover up
the unnecessary excessive force that was used against me.

Kennedy v. Garrett, et al. (16-3332) IDOC No.: 000082

**OFFENDER'S GRIEVANCE**

0 5 5 3 3 5     5 6 6 5 6 8

| | | |
|---|---|---|
| Date: 7/20/16 July 20th 2016 | Offender: (Please Print) Rafael Kennedy | ID#: S16679 |

| | |
|---|---|
| Present Facility: Pontiac | Facility where grievance issue occurred: Western IL |

RECEIVED

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☒ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☐ HIPAA     AUG 0 1 2016
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other ADMINISTRATIVE

☒ Disciplinary Report: 7 / 11 / 2016     Western Correctional REVIEW BOARD
                       Date of Report         Facility where issued

Note:  Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

Offender (S16679) on 7/11/16 was at the water fountain located in R2, A wing
when C/O Reginald A. Barnett approached me and told me not to get any
water and then told me to proceed to my cell. I (S16679) then replied by
telling him he had no right to rush me anywhere and I told him he was
old and mad all the time the C/o then grabbed my arm and told me
he'll fuck me up. I (S16679) then snatched away. C/O Barnett then grabbed
me and slammed me to the ground in a choke hold. Another C/O which is
named on the original Disciplinary report then came in and punched me in my
face a couple of times while I was already subdued laying on my back while →

Relief Requested: I request the tape recordings on 7/11/16 at Western in cellhouse R2 A wing
be reserved also the entrance of the Seg facility I want them to be reserved for future
evidence in my lawsuit I'll be seeking damages. Also I request this ticket be expunged.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Rafael Kennedy               S16679          7 / 20 / 16
Offender's Signature            ID#              Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date
Received: ___ / ___ / ___    ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to
                                                                    Administrative Review Board, P.O. Box 19277,
                                                                    Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name          Counselor's Signature          Date of Response

| **EMERGENCY REVIEW** |
|---|

Date
Received: ___ / OCT 14 2016    Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                 ☐ No; an emergency is not substantiated.
                                                                                 Offender should submit this grievance
                                                                                 in the normal manner.

Chief Administrative Officer's Signature                    ___ / ___ / ___
                                                             Date

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)

Kennedy v. Garrett, et al. (16-3332) IDOC No.: 000134

065335

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

Please Expunge this ticket and get me out of Seg A.S.A.P
I have never gotten a ticket until now and its for splashing
water out of a water fountain on a C/O which is false
and all on tape! This C/O is somehow trying to cover up
the unnecessary excessive force that was used against me.

Distribution: Master File; Offender

Kennedy v. Garrett, et al. (16-3332) IDOC No. 000133

Printed on Recycled Paper

Date(s) of the occurrence ___July 11, 2016___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Claim 1 Excessive Force - Sgt. Michael Garrett: grabbed me and threw me to the flow while placing me in a choke hold.

Claim 2 Excessive Force - C/O Reginald Barnett: Punched me in my face

Claim 3 Excessive Force - Clint Zoller C/O: Kicked and punched me more than twice while an assault was going on against me.

Claim 4 Excessive Force - Lt. Blake Haubrich: Pushed me into a wall head first and then threw me to the floor causing a rug burn on my face then kicked me in my mouth knocking out one of my Permenant Gold teeth and Kneed my face.

Claim 5 Excessive Force - Justin Hunziker C/O: Kicked me two times in my rib cage and then forced me to stand on my own while still in cuffs. Which I was restrained in handcuffs the whole time. Hunziker, Haubrich, Zoller assaulted me.

Claim 6 Excessive Force - C/O John Doe: Threw his knee on my face smashing it against the floor while I wasn't a threat to anyone. If I am provided the opportunity to view Video Footage and with the help of Defendants I can identify this Defendant.

Witnesses - Maurice Lasenby # S11644
and Elvin Heard # M54881
With Video Footage if Provided


Each Defendant Violated my 8th Amendment
Each Defendant Malicious and Sadistically applied Force
All the force used against me was unnecessary
4 Defendants used such Force while I was handcuffed


See (Lewis v. Downs 774 F.2d 711, 714 (6th Cir. 1985)
and Concepcion v. Morton, 125 F. Supp. 2d 111, 126 (D.N.J. 2000


RELIEF REQUESTED

(State what relief you want from the court.)


Remove me from the Staff Assaulter Program and a Transfer of my choice

7

$ 250,000 In compensatory of Individual's Capacity (each Defendant)
Nominal Damages of Individual's Capacity      (each Defendant)
$ 250,000 In Punitive Damages of Individual's Capacity (each Defendant)
And Legal Fees also Any Additional Relief this Honorable Court Deems
Just, Proper and Suitable
including $100.00 each day I served in Segregation resulting this incident

JURY DEMAND      Yes ☒      No ☐

Signed this ___20th___ day of ___March___, 20_18_.

_Rafael Kennedy_
( Signature of Plaintiff)

| Name of Plaintiff: Rafael Kennedy | Inmate Identification Number: S-16679 |
|---|---|
| Address: P.O Box 99 Pontiac, IL 61764 | Telephone Number: |

8

STATE OF ILLINOIS )
                     ) SS
COUNTY OF _Will_ )

### AFFIDAVIT

I, _Rafael Kennedy_ being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

_See page 1 and 2 of statement by Rafael Kennedy_
_of how the events actually and truthfully took place_
_on July 11, 2016 at Western Correctional Center_
_on R2 A wing._

_____
**AFFIANT**

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _Sep_ DAY _28_ , 20_17_

_____
NOTARY PUBLIC

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires 4/30/2019

STATE OF ILLINOIS )
) SS
COUNTY OF __Will__ )

## AFFIDAVIT

Page 1

I, __Rafael Kennedy__ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

Coming off the yard July 11th 2016 approx. 2:15 I entered R2 A wing. I needed water from the water fountain because there was not any water on the yard the SGt. Garrett guy told me to I couldn't so I told him to fuck off so I walked off towards my cell and SGt. Garrett said something else up the stairs and I told him to fuck off again he then reached for my peanut butter container and I snatched it out of his grasp. The SGt then pulled me down the stairs and put me in a choke hold and threw me to the ground on my back as I lay on my back SGt. Garrett kept his knee on my chest, seconds later officer Barnett came ~~to the deck~~ and walked up and punched me in my face ~~to the deck~~ then another officer John Doe placed his knee on my face after instructing me to turn over onto my stomach, I was then cuffed several other officers entered the deck and assisted the others to escort me to segregation. My arms were forced over my head and I was forced to walk that way the officers were pushing my arms up and I was basically dragged the entire way to Seg.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: __9/26/17__

/s/ __Rafael Kennedy__
NAME: __Rafael Kennedy__
IDOC#: __S16679__
__Stateville__ Correctional Center
P.O. BOX __112__

STATE OF ILLINOIS )
) SS
COUNTY OF __Will__ )

Page 2

## AFFIDAVIT

I, __Rafael Kennedy__ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

While being basically dragged to Seg unit the Lt. (white shirt) Lt. Haubrich said to me "you are going learn your lesson for assaulting my staff." Then right upon coming towards the Seg entrance the officers shoved me head first into the door then they opened the door and pushed me into the entrance and right there I was kneed then threw to the floor by Haubrich once on the floor I got kicked in the mouth by another officer and then 2 other officers proceeded to kick and punch me in my back and ribs I screamed begging the officers to stop I thought they were going to beat me to death the officers eventually stopped beating me then made me get on my feet on my own, I was weak and in pain I was then placed in a small caged area, I asked for the teeth that was knocked out my mouth back and I asked for medical assistance and I was denied that, Not once was I directed to cuff up prior to being thrown to the ground, I never became combatative. Witnesses (inmates) and (video footage can and will prove everything I'm saying that took place. All the officers and the nurse were looking out for each other to cover things up.

P.S Soon after, I witnessed the officers bring another inmate and they beat the inmate in the same area in the leg entrance.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: __9/26/17__

/s/ __Rafael Kennedy__
NAME: __Rafael Kennedy__
IDOC#: __S16679__
__Stateville__ Correctional Center
P.O. BOX __112__