# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAFAEL D. KENNEDY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-CV-3332 ) |
| MICHAEL GARRETT, *et al.*, | ) ) |
| Defendants. | ) ) |

## MOTION TO WITHDRAW AS COUNSEL

NOW COME Defendants, Michael Garrett, Blake Haubrich, Reginald Barnett, Clint Zoller, & Justin Hunzicker by and through their attorney, KWAME RAOUL, Attorney General for the State of Illinois, and in support of the Motion to Withdraw Counsel, state as follows:

1. Assistant Attorney General, Jason Weigand is no longer assigned to this matter.

2. The undersigned is now assigned to represent the above-named Defendants in this matter.

3. It is requested that Assistant Attorney General Jason Weigand be removed from the Court's service list as counsel for Defendants.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court grant Defendants' Motion to Withdraw Counsel and direct that Assistant Attorney General Jason Weigand be terminated and removed from the service list as counsel for the Defendants named herein.

Dated: May 1, 2019                                   Respectfully submitted,

Kwame Raoul
Attorney General of the State of Illinois      By:   s/   *Tim Sullivan*
*Counsel for Defendants,*                                 Tim Sullivan
                                                     Assistant Attorney General
                                                     Office of the Illinois Attorney General
                                                     1776 East Washington Street
                                                     Urbana, Illinois 61802
                                                     Phone: (217) 278-3330
                                                     E-Mail: TSullivan@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2019, I electronically filed the foregoing, *Motion to Withdraw as Counsel*, with the Clerk of Court using the CM/ECF system, and I hereby certify that on that same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

> Jefferey Katz
> The Patterson Law Firm
> 1 N. LaSalle St. Suite 2100
> Chicago, IL 60602

Respectfully submitted,

By: *s/ Tim Sullivan*

Tim Sullivan
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3330
E-Mail: TSullivan@atg.state.il.us