## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAFAEL KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-CV-3332 |
| vs. ) | |
| ) | JURY DEMAND |
| MICHAEL GARRETT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

NOW COME Defendants, REGINALD BARNETT, MICHAEL GARRETT, BLAKE HAUBRICH, CLINT ZOLLER, and JUSTIN HUNZICKER by and through their attorney, KWAME RAOUL, Illinois Attorney General, and provide the following Answer and Affirmative Defenses to Plaintiff's Amended Complaint, [Doc. 48], stating as follows:

## ALLEGATIONS ENUMERATED IN PLAINTIFF'S AMENDED COMPLAINT
## [DOC. 48]

1. Pursuant to its merit review of the Plaintiff's Amended Complaint under 28 U.S.C. § 1915(A), the Court found that Plaintiff stated an Eighth Amendment claim for excessive force against all Defendants.

2. **ANSWER:** Defendants admit that the complaint alleges a claim under 42 U. S. C. § 1983, but deny that any violation of Plaintiff's Eighth Amendment rights or any other constitutional rights occurred.

3. **Defendants expressly deny any allegation not specifically admitted.**

## REQUESTED RELIEF

1. Defendants deny that Plaintiff is entitled to compensatory damages.

2. Defendants deny that Plaintiff is entitled to punitive damages.

3. Defendants deny that Plaintiff is entitled to any other relief.

## JURY DEMAND

Defendants respectfully request trial by jury.

## AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2. To the extent that Plaintiff is suing Defendants for injunctive relief that is not intended to address ongoing constitutional violations, the Eleventh Amendment and the doctrine of sovereign immunity bar such claims.

3. To the extent that Plaintiff is suing Defendants for actions of a subordinate in which Defendants were not directly involved, such claims are barred because the doctrine of respondeat superior is not a basis for liability under 42 U.S.C. § 1983. *See Gentry v. Duckworth*, 65 F.3d 555, 561 (7th Cir. 1995).

4. To the extent Plaintiff seeks damages from Defendants in their official capacity, Defendants are protected from liability by the Eleventh Amendment.

5. To the extent Plaintiff has failed to adhere to the Illinois Department of Corrections grievance procedures, his claim should be barred for failure to exhaust his administrative remedies prior to the initiation of this cause of action, which serves as a bar to Plaintiff's claims by the Prison Litigation Reform Act (42 U.S.C. § 1997) and *Perez v. Wisconsin Dept. of Corrections*, 182 F. 3ed 532 (7th Cir. 1999).

6. To the extent Plaintiff's claim is more than two years old, it is barred by the applicable statute of limitations.

**WHEREFORE**, Defendants requests that this Honorable Court enter judgment in their favor and against Plaintiff, Raphael Kennedy.

Dated: May 6, 2019                     Respectfully submitted,

Kwame Raoul
Attorney General for the State of Illinois     By:   s/   *Tim Sullivan*
*Counsel for Defendants,*                            Tim Sullivan
                                                     Assistant Attorney General
                                                     Office of the Illinois Attorney General
                                                     1776 East Washington Street
                                                     Urbana, Illinois 61802
                                                     Phone: (217) 278-3330
                                                     E-Mail: TSullivan@atg.state.il.us

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAFAEL KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-CV-3332 |
| vs. ) | |
| ) | |
| MICHAEL GARRETT, et al., ) | |
| ) | |
| Defendants. ) | |

I hereby certify that on May 6, 2019, I electronically filed the foregoing, *Amended Answer and Affirmative Defenses to Plaintiff's Amended Complaint*, with the Clerk of Court using the CM/ECF system, and I hereby certify that on that same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

> Jeffery O. Katz
> The Patterson Law Firm
> 1 North LaSalle St. Suite 2100
> Chicago, IL 60602

By: *s/ Tim Sullivan*
Tim Sullivan
Assistant Attorney General
Office of the Illinois Attorney General
1776 East Washington Street
Urbana, Illinois 61802
Phone: (217) 278-3330
E-Mail: TSullivan@atg.state.il.us

4